# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V. PLAINTIFF | 19MJ01037 |
| USMS# _Edward Martin Rostohar_ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

FILED 2019 MAR 14 PM 12:23

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _March 13, 2019 around 7 PM_ ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☒ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   _18 USC Sections 1344 + 1028A_

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: _1956_

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: _Ninetta Smith_

10. Remarks (if any): _____

11. Name: _Alice Tsujihara_ (please print)

12. Office Phone Number: _310-996-4092_  13. Agency: _FBI_

14. Signature: _Alice [signature]_  15. Date: _3/14/19_

CR-64 (05/18)      REPORT COMMENCING CRIMINAL ACTION